TODD KIM
Assistant Attorney General
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.149
Washington, D. C.  20002
Telephone (202) 514-0375

*Attorneys for Defendant*

[additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:22-cv-03309-RS<br><br>**JOINT STIPULATION TO SET A DEADLINE FOR AMENDED PLEADINGS AND EXTEND THE ANSWER OR OTHER RESPONSIVE PLEADING DUE DATE, CONTINUE CASE MANAGEMENT CONFERENCE, AND ORDER** |

Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency ("EPA"), and Plaintiffs Center for Biological Diversity and Center for Environmental Health (collectively, "Plaintiffs"), hereby stipulate to and request that the Court enter an order setting a deadline for Plaintiffs to file an amended complaint and continuing the Case Management Conference ("CMC") set for September 15, 2022 to October 13, 2022 at 10:00 a.m. by video teleconference. In support of this request, Plaintiffs and EPA (collectively, the "Parties") state as follows:

1. Pursuant to Fed. R. Civ. P. 4(i)(A) and 12(a)(2), Defendant's answer or other responsive pleading to Plaintiffs' Complaint (Dkt. No. 1) is due August 16, 2022, *see* Dkt. No. 16.

2. Plaintiffs sent a 60-day notice of intent to sue letter dated July 5, 2022 and intend to amend the Complaint to add claims relating to some or all of the allegations in the notice letter (the "NOI").

3. Pursuant to 42 U.S.C. § 7604(b)(2), the 60-day period for the NOI runs no earlier than September 3, 2022.

4. The Parties stipulate to and request that the Court set a deadline of September 9, 2022 for Plaintiffs to amend the pleadings.

5. The Parties further stipulate to and request that the Court extend the deadline for EPA to file an answer or other responsive pleading to and including September 30, 2022.

6. On June 14, 2022, the Court entered a notice setting the Initial CMC for September 15, 2022 at 10:00 a.m. (Dkt. No. 14) with the Case Management Statement due September 8, 2022.

7. EPA's lead counsel is not available on September 15, 2022 because of a preplanned vacation out of the country.

8. The Parties request that the Initial CMC be held after EPA has responded to Plaintiffs' amended pleading and on a date that EPA's counsel is available.

9. Therefore, the Parties stipulate to and respectfully request that the Court continue the Initial CMC to October 13, 2022 at 10:00 a.m. by video teleconference with the Case Management Statement due October 6, 2022.

//

Respectfully submitted,

Date: July 27, 2022

/s/ Robert Ukeiley (email authorization 7/27/22)
ROBERT UKEILEY, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (720) 496-8568
Email: rukeiley@biologicaldiversity.org

Jonathan Evans (CA Bar No. 247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: 510-844-7100 x318
Fax: 510-844-7150
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

Date: July 30, 2022

TODD KIM
Assistant Attorney General

/s/ Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.149
Washington, D. C.  20002
Tel: (202) 514-0375
Leslie.Hill@usdoj.gov

*Attorneys for Defendant*

**ORDER**

Pursuant to stipulation and for good cause shown, Plaintiffs will file any amended pleadings by September 9, 2022, EPA's answer or other responsive pleading is due by September 30, 2022, the case management conference set for September 15, 2022 is continued to October 13, 2022 at 10:00 a.m. by video teleconference, and the case management statement is due October 6, 2022.

**IT IS SO ORDERED**.

Dated: 8/3/2022

Richard Seeborg
Chief United States District Judge