TODD KIM
Assistant Attorney General
ALEXANDER M. PURPURO (Florida Bar No. 1025872)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St., N.E.
Suite 4.138
Washington D.C.  20002
Telephone (202) 514-9771
Facsimile (202) 514-8865
Email: alexander.purpuro@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:22-cv-3309-RS<br><br>**NOTICE TO COURT OF DEFENDANT'S DELAYED COMPLIANCE WITH CONSENT DECREE PARAGRAPH 2** |

Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (hereinafter "EPA"), files this notice advising the Court that EPA inadvertently failed to timely comply with its obligation under Paragraph 2 of the Consent Decree entered by the Court on June 15, 2023.  *See* E.C.F. No. 37.  Under that Paragraph, EPA is obligated to "notify Plaintiffs within fifteen business days of receiving a written request from a State to withdraw a SIP submission addressing any or all of the elements listed in Paragraph 1 for that State."  Consent Decree, ¶ 2.  On July 5, 2023, Colorado submitted a letter to EPA Region 8 withdrawing elements of its State Implementation Plan ("SIP")

identified in Consent Decree Paragraph 1.a.  Undersigned counsel was not advised of this withdrawal until August 10, 2023.  Although Plaintiffs were made aware of the July 5, 2023 withdrawal on August 10, 2023, EPA acknowledges that this occurred after the fifteen business day time frame required by Paragraph 2 of the Consent Decree.

While the delay in notifying Plaintiffs of the withdrawal of elements of the Colorado SIP was inadvertent and in no way intentional, EPA deeply regrets this oversight and assures the Court that it takes its Consent Decree obligations seriously.  Undersigned counsel has reminded all EPA regional counsel of their Paragraph 2 obligations, and EPA Region 8 is taking steps to ensure that it has additional measures in place to consistently track consent decree deadlines and to meet conditional obligations such as those in Paragraph 2.

The undersigned has conferred with counsel for Plaintiffs, who has advised as follows: Plaintiffs do not believe any further action is necessary with regard to EPA's failure to comply with the Paragraph 2 notice requirement.

EPA respectfully submits this filing as notice to the Court of the above but does not request any further action from the Court at this time.

Respectfully submitted,

Date: August 24, 2023

TODD KIM
Assistant Attorney General

 */s Alexander M. Purpuro*
ALEXANDER M. PURPURO (Florida Bar No. 1025872)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St., N.E.
Suite 4.138
Washington D.C.  20002
Telephone (202) 514-9771
Email: alexander.purpuro@usdoj.gov

*Attorneys for Defendant*

Of counsel:

Elizabeth Pettit
Office of General Counsel
U.S. Environmental Protection Agency

Gregory Dain
Office of Regional Counsel, Region 1
U.S. Environmental Protection Agency

Jacobine Dru
Office of Regional Counsel
U.S. Environmental Protection Agency, Region III

Michael Boydston and Barbara Nann
Office of Regional Counsel
U.S. Environmental Protection Agency, Region VIII

Jesse Lueders
Office of Regional Counsel
U.S. Environmental Protection Agency, Region IX