TODD KIM
Assistant Attorney General
ALEXANDER M. PURPURO (Florida Bar No. 1025872)
Alexander.Purpuro@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.138
Washington, D. C.  20002
Telephone: (202) 514-9771

*Attorneys for Defendant*

[additional attorneys listed in signature block]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>                    Defendant. | Case No. 3:22-cv-3309-RS<br><br>**STIPULATION AND  ORDER TO ENLARGE TIME FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

        Defendant Michael S. Regan, in his official capacity as Administrator of the United

States Environmental Protection Agency (hereinafter, "EPA), and Plaintiffs Center for Biological

Diversity and Center for Environmental Health (collectively, "Plaintiffs") file this stipulation

notifying the Court that the parties have agreed to extend the deadline for Plaintiffs to file a

motion for costs of litigation (including attorneys' fees) by 60 days from the date of this

stipulation and proposed order.  The aforementioned deadline is set forth in Paragraph 10 of the

Consent Decree entered by the Court on June 15, 2023 (Dkt. No. 37).  Paragraph 5 of the consent decree provides, inter alia, that "[t]he deadlines established by this Consent Decree may be extended (a) by written stipulation of Plaintiffs and EPA with notice to the Court . . . ." Consent Decree ¶ 5.

WHEREAS, the Consent Decree provides that "[t]he deadline for filing a motion for costs of litigation (including attorneys' fees) for activities performed prior to entry of the Consent Decree is hereby extended until ninety (90) days after this Consent Decree is entered by the Court."

WHEREAS, the parties are in the process of negotiating Plaintiffs' claim for costs of litigation, including attorneys' fees, for activities performed prior to the entry of the Consent Decree and require additional time complete such negotiations.

WHEREAS, therefore, in order to allow time to complete their negotiations, the parties have agreed to an extension of the deadline for filing a motion for costs of litigation (including attorneys' fees) from 90 days after the date the Consent Decree was entered, to 60 days after the date of this stipulation.

NOW THEREFORE, Plaintiffs and EPA hereby stipulate as follows:

1.      Plaintiffs' deadline to file a motion for costs of litigation (including attorneys' fees) as outlined in Paragraph 10 of the Consent Decree is extended to 60 days after the date of this stipulation.

//
//
//
//
//
//
//
//
//

1

Dated: September 11, 2023                    Respectfully submitted,

2

3       _Alexander M. Purpuro_                       _Robert Ukeiley (Email Auth. 9/11/2023)_
        ALEXANDER M. PURPURO                         ROBERT UKEILEY

4       (Florida Bar No. 1025872)                    Admitted Pro Hac Vice

5       United States Department of Justice          Center for Biological Diversity
        Environment & Natural Resources Division     1536 Wynkoop St., Ste. 421

6       150 M Street N.E.                            Denver, CO 80202
        Washington, D.C. 20002                       Telephone: (720) 496-8568

7       Tel: (202) 514-9771                          rukeiley@biologicaldiversity.org
        alexander.purpuro@usdoj.gov

8

9       _Counsel for Defendants_                     Jonathan Evans (Cal. Bar #247376)
                                                     CENTER FOR BIOLOGICAL DIVERSITY

10                                                   1212 Broadway, Suite 800
                                                     Oakland, CA 94612

11                                                   Tel: 510-844-7100 x318
                                                     Fax: 510-844-7150

12                                                   Email: jevans@biologicaldiversity.org

13
                                                     RYAN MAHER, Admitted _Pro Hac Vice_
14                                                   CENTER FOR BIOLOGICAL DIVERSITY

15                                                   Environmental Health Program
                                                     1411 K Street NW, Suite 1300

16                                                   Washington, DC 20005
                                                     Tel: 781-325-6303

17                                                   Email: rmaher@biologicaldiversity.org

18                                                   _Counsel for Plaintiffs_

19                                 *        *        *

20

21      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23      DATED:  9/11/2023

24                                                   RICHARD SEEBORG
                                                     United States District Judge

25

26

27

28