United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

        Plaintiffs,

    v.

MICHAEL S. REGAN,

        Defendant.

Case No. 22-cv-03309-RS

**SCHEDULING ORDER**

Good cause appearing, the briefing schedule for plaintiffs' motion to enforce the consent decree is suspended and the hearing date is vacated. Any opposition to Colorado's motion to intervene shall be filed no later than December 28, 2023. That motion will then be taken under submission without further briefing or oral argument. An order resetting the briefing schedule for plaintiffs' motion will issue thereafter, and the hearing will be reset or the matter decided without oral argument, in the court's discretion.

**IT IS SO ORDERED**.

Dated: December 14, 2023

                                    RICHARD SEEBORG
                                    Chief United States District Judge