TODD KIM
Assistant Attorney General
ALEXANDER M. PURPURO (Florida Bar No. 1025872)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St., N.E.
Suite 4.138
Washington D.C.  20002
Telephone (202) 514-9771
Facsimile (202) 514-8865
Email: alexander.purpuro@usdoj.gov

*Attorneys for Defendant*

[additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:22-cv-3309-RS<br><br>**JOINT NOTICE TO COURT OF STIPULATION TO MODIFY CONSENT DECREE (DKT. NO. 37)** |

Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (hereinafter "EPA"), and Plaintiffs Center for Biological Diversity and Center for Environmental Health (collectively, "Plaintiffs") file this stipulation notifying the Court that the parties have agreed to extend the deadline for final action under the Consent Decree. The aforementioned deadline is set forth in Paragraph 1.b of the Consent Decree entered by the Court on June 15, 2023 (Dkt. No. 37). Paragraph 5 of the Consent Decree provides, *inter alia*, that "[t]he deadlines established by this Consent Decree may be

extended (a) by written stipulation of Plaintiffs and EPA with notice to the Court[.]" Consent Decree, ¶ 5.

WHEREAS, the Consent Decree provides that the appropriate EPA official shall "sign a notice of final rulemaking to approve a revised SIP submission, to promulgate a FIP ["Federal Implementation Plan"], or to approve in part a revised SIP ["State Implementation Plan"] submission and promulgate a partial FIP for the Los Angeles—San Bernardino Counties (West Mojave Desert), California nonattainment area (codified at 40 C.F.R. § 81.305) (Mojave Desert Air Quality Management District) for the SIP element listed below no later than November 29, 2024:"

| Item | State Implementation Plan Submittal and/or Applicable Elements or Control Techniques Guideline |
|---|---|
| i. | Nonattainment new source review pursuant to 42 U.S.C. §§ 7511a(a)(2)(C) and 7511a(d) ("Severe NNSR") |

Consent Decree ¶ 1.b.

WHEREAS, on June 30, 2023, EPA issued a final rule entitled "Approval, Limited Approval and Limited Disapproval of California Air Plan Revisions; Mojave Desert Air Quality Management District; Stationary Source Permits," 88 Fed. Reg. 42258 (June 30, 2023), which resolved part of EPA's obligations under Consent Decree ¶ 1.b;

WHEREAS, on July 9, 2024, EPA issued a proposed action on a FIP for a nonattainment new source review program for the Mojave Desert Air Quality Management District, available at 89 Fed. Reg. 56237 (July 9, 2024), to resolve its remaining obligations under Consent Decree ¶ 1.b;

WHEREAS, on September 5, 2024, the United States Court of Appeals for the Ninth Circuit issued a ruling in *Mojave Desert Air Quality Management District v. EPA*, No. 23-1411, 2024 WL 4054380 (9th Cir. Sept. 5, 2024) remanding EPA's limited disapproval set forth in 88 Fed. Reg. 42258 (June 30, 2023);

WHEREAS, in light of that ruling, EPA requires a brief extension of its deadline under Consent Decree ¶ 1.b to take final action consistent with its obligations under that paragraph;

JOINT STIPULATION TO MODIFY CONSENT DECREE (DKT. NO. 37)
CASE NO. 3:22-cv-3309-RS

WHEREAS, therefore, the parties have agreed to an extension of the final rule deadline in Paragraph 1.b of the Consent Decree until January 10, 2025;

NOW THEREFORE, Plaintiffs and EPA hereby stipulate as follows:

1. EPA's deadline to perform the action described in Paragraph 1.b of the Consent Decree (Dkt. No. 37, ¶ 1.b) is extended until January 10, 2025.

Respectfully submitted,

Date: November 8, 2024

*/s Jonathan Evans (email auth. 11/7/2024)*

RYAN MAHER, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
Environmental Health Program
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: 781-325-6303
Email: rmaher@biologicaldiversity.org

Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: 510-844-7100 x318
Fax: 510-844-7150
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

TODD KIM
Assistant Attorney General


*/s Alexander M. Purpuro*
ALEXANDER M. PURPURO (Florida Bar No. 1025872)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St., N.E.
Suite 4.138
Washington D.C.  20002
Telephone (202) 514-9771
Email: alexander.purpuro@usdoj.gov

*Attorneys for Defendant*

Of counsel:

Elizabeth Pettit
Office of General Counsel
U.S. Environmental Protection Agency

Gregory Dain
Office of Regional Counsel, Region 1
U.S. Environmental Protection Agency

Jacobine Dru
Office of Regional Counsel
U.S. Environmental Protection Agency, Region III

Michael Boydston and Barbara Nann
Office of Regional Counsel
U.S. Environmental Protection Agency, Region VIII

Jesse Lueders
Office of Regional Counsel
U.S. Environmental Protection Agency, Region IX