FILED

APR 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR ENVIRONMENTAL HEALTH,<br><br>      Plaintiffs - Appellants,<br><br>   v.<br><br>MICHAEL S. REGAN, Administrator of the United States Environmental Protection Agency, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>      Defendant - Appellee. | No. 24-1874<br><br>D.C. No. 3:22-cv-03309-RS<br>Northern District of California, San Francisco<br><br>ORDER |

The motion (Docket Entry No. 14) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT