IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ZELDIN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:22-cv-03309-RS<br><br>**ORDER** |

**ORDER**

Before the Court is Defendants **UNOPPOSED MOTION TO TERMINATE CONSENT DECREE**. Upon due consideration, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS SO ORDERED**.

DATED this __6__ day of May, 2025.

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE